# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD,<br><br>             Plaintiff,<br><br>     v.<br><br>J. A. YATES, et al.,<br><br>             Defendants. | CASE NO. 1:09-cv-00730-OWW-SMS PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(Doc. )<br><br>FIFTEEN-DAY DEADLINE |

Plaintiff Jimmy McDonald, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 24, 2009. On October 14, 2009, the Court issued a screening order requiring Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable in the screening order, within thirty days. On January 6, 2010, the Court granted Plaintiff a second thirty-day extension of time. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the order.

Accordingly, Plaintiff has **fifteen (15) days** within which to show cause why this action should not be dismissed, without prejudice, for failure to obey a court order. The failure to respond to this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:   August 5, 2010**                                    /s/ Sandra M. Snyder
                                                                          UNITED STATES MAGISTRATE JUDGE

1