# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD,<br><br>    Plaintiff,<br><br>    v.<br><br>J. A. YATES, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:09-cv-00730-OWW-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR TRANSFER TO MEDICAL FACILITY FOR LACK OF JURISDICTION<br><br>(Docs. 25 and 30)<br><br>ORDER DIRECTING CLERK'S OFFICE TO COURTESY SERVE RECEIVER'S OFFICE WITH THIS ORDER AND DOCUMENTS 25 AND 30, AND REQUESTING THAT RECEIVER'S OFFICE REVIEW PLAINTIFF'S ALLEGATIONS |

    Plaintiff Jimmy McDonald, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 24, 2009. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 11, 2011, the Magistrate Judge recommended that Plaintiff's motion seeking an order requiring prison officials to transfer him to a medical facility be denied for lack of jurisdiction. In light of the seriousness of Plaintiff's allegations, the Magistrate Judge informed Plaintiff that if he would like the Court to send a copy of his motion to the Receiver's Office and request that it look into the allegation that Plaintiff's medical needs are not being met, the Court would do so.[1] On

///

---

[1] The Magistrate Judge informed Plaintiff that the Court's action would be limited to requesting that the Receiver's Office look into Plaintiff's allegations.

1

August 1, 2011, Plaintiff filed objections to the recommendation and stated that he would like the Receiver's Office to be notified of the situation.

In his objections, Plaintiff requested an extension of time, apparently to file another objection once he receives a response to his inmate appeal. The request is denied. Plaintiff has not shown good cause for a further extension of time. The response to his inmate appeal is not relevant to denial of his motion. The Court lacks jurisdiction to issue the order sought and a pending response from prison officials has no bearing on this jurisdictional issue.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed on July 11, 2011, in full;
2. Plaintiff's motion for an order directing that he be transferred to a medical facility is DENIED for lack of jurisdiction;
3. In light of the seriousness of Plaintiff's allegations and his request for such notification, the Clerk of the Court is DIRECTED to serve a courtesy copy of this order and court record documents 25 and 30 on J. Clark Kelso, Receiver, California Prison Health Care Receivership; and
4. The Receiver is REQUESTED to look into Plaintiff's allegation that his current medical needs are very serious and are not being treated properly by prison officials.

IT IS SO ORDERED.

**Dated:   August 11, 2011**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE