1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  JIMMY MCDONALD,                          CASE NO. 1:09-cv-00730-LJO-SKO PC

9                          Plaintiff,        ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATION AND DENYING
10      v.                                   PLAINTIFF'S MOTION FOR A
                                             PRELIMINARY INJUNCTION
11  J. A. YATES, et al.,
                                             (Docs. 46 and 47)
12                          Defendants.

13  _____/

14          Plaintiff Jimmy McDonald is a state prisoner proceeding pro se and in forma pauperis in this

15  civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States

16  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

17          On January 26, 2012, the Magistrate Judge filed a Findings and Recommendations herein

18  which was served on the parties and which contained notice to the parties that any objections to the

19  Findings and Recommendations were to be filed within thirty days.  No objections have been filed.

20          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de

21  novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

22  Recommendations to be supported by the record and by proper analysis.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.      The Findings and Recommendations, filed on January 26, 2012, is adopted in full;

25                  and

26  ///

27  ///

28  ///

2.     Plaintiff's motion seeking a preliminary injunction requiring prison officials to provide him with medical care for his fractured neck and pain medication, filed on January 24, 2012, is DENIED for lack of jurisdiction.


IT IS SO ORDERED.

**Dated:    March 28, 2012**                          **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE