# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD,<br><br>        Plaintiff,<br><br>    v.<br><br>J. A. YATES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00730-LJO-SKO PC<br><br>ORDER AMENDING SCHEDULING ORDER<br><br>(Docs. 28, 49, and 50)<br><br>Discovery Deadline:                       04/23/2012<br>Pretrial Dispositive Motion Deadline:   07/02/2012 |

Pursuant to the order filed on February 7, 2012, and Defendants' status report filed on February 10, 2012, the scheduling order filed on July 7, 2011, is HEREBY AMENDED to extend the discovery deadline to April 23, 2012, and the pretrial dispositive motion deadline to July 2, 2012.

IT IS SO ORDERED.

**Dated:   March 27, 2012**                    **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE