# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. A. YATES, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | CASE NO. 1:09-cv-00730-LJO-SKO PC<br><br>ORDER DENYING MOTION FOR FREE COPY OF DEPOSITION TRANSCRIPT<br><br>(Doc. 57) |

　　　Plaintiff Jimmy McDonald is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff was deposed on April 6, 2012, and on May 8, 2012, he filed a motion seeking an order requiring the Kings County Reporters to send him a free copy of his deposition transcript.

　　　Plaintiff is not entitled to a free copy of his deposition transcript. Fed. R. Civ. P. 30(f)(3). Plaintiff is entitled to review the transcript and make changes, but the request for review must have been made before the completion of the deposition. Fed. R. Civ. P. 30(e)(1). If Plaintiff made a timely request, the Court requests that Defendants ensure the review to which he is entitled occurs.

　　　To the extent Plaintiff is seeking a free copy of the transcript, however, his motion is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

**Dated:　May 21, 2012**　　　　　　　　　　／s／ **Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE