1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| JIMMY MCDONALD, | CASE NO. 1:09-cv-00730-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | (Doc. 74) |
| J. A. YATES, et al., | |
| Defendants. | |

10
11
12
13
14

15    Plaintiff Jimmy McDonald is a state prisoner proceeding pro se and in forma pauperis in this

16    civil rights action pursuant to 42 U.S.C. § 1983.  On July 6, 2012, Plaintiff filed a motion seeking

17    the appointment of counsel.

18    Plaintiff does not have a constitutional right to the appointment of counsel in this action.

19    Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009); Storseth v. Spellman, 654 F.2d 1349, 1353 (9th

20    Cir. 1981).  The Court may request the voluntary assistance of counsel pursuant to 28 U.S.C. §

21    1915(e)(1), but it will do so only if exceptional circumstances exist.  Palmer, 560 F.3d at 970;

22    Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1981).  In making this determination, the

23    Court must evaluate the likelihood of success on the merits and the ability of Plaintiff to articulate

24    his claims *pro se* in light of the complexity of the legal issues involved.  Palmer, 560 F.3d at 970

25    (citation and quotation marks omitted); Wilborn, 789 F.2d at 1331.  Neither consideration is

26    dispositive and they must be viewed together.  Palmer, 560 F.3d at 970 (citation and quotation marks

27    omitted); Wilborn 789 F.2d at 1331.

28    ///

1

In the present case, the Court does not find the required exceptional circumstances.  Even if it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  The Court is faced with similar cases almost daily.  Further, at this stage in the proceedings, the Court cannot make a determination that Plaintiff is likely to succeed on the merits, and based on a review of the record in this case, the Court does not find that Plaintiff cannot adequately articulate his claims.  Id.

For the foregoing reasons, Plaintiff's motion for the appointment of counsel or an investigator is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:**   **July 9, 2012**                              **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

2