1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  JIMMY MCDONALD,                          CASE NO. 1:09-cv-00730-LJO-SKO PC

9                    Plaintiff,             ORDER STRIKING OPPOSITION AND
                                            REQUIRING PLAINTIFF TO FILE AMENDED
10      v.                                  OPPOSITION WITHIN THIRTY DAYS

11  J. A. YATES, et al.,                    (Doc. 82)

12                    Defendants.
                                    /
13

14          Plaintiff Jimmy McDonald, a state prisoner proceeding pro se and in forma pauperis, filed

15  this civil rights action pursuant to 42 U.S.C. § 1983 on April 24, 2009.  On July 6, 2012, Defendants

16  filed a motion for summary judgment, and on July 11, 2012, Plaintiff filed his opposition.

17          On July 9, 2012, the Court issued an order notifying Plaintiff of the requirements for

18  opposing a motion for summary judgment, following the Ninth Circuit's decision in Woods v. Carey,

19  Nos. 09-15548, 09-16113, 2012 WL 2626912 (9th Cir. Jul. 6, 2012).  (Doc. 79.)  Plaintiff filed his

20  opposition without the benefit of that requisite "fair notice."  Woods, 2012 WL 2626912, at *5.

21          Accordingly, Plaintiff's opposition filed on July 11, 2012, is HEREBY STRICKEN from the

22  record and Plaintiff has **thirty (30) days** from the date of service of this order within which to file

23  an amended opposition.

24

25

26  IT IS SO ORDERED.

27  **Dated:    July 13, 2012**                      _/s/ Sheila K. Oberto_
                                                    UNITED STATES MAGISTRATE JUDGE
28

1