# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD, | CASE NO. 1:09-cv-00730-LJO-SKO PC |
| Plaintiff, | ORDER STRIKING OPPOSITION AND REQUIRING PLAINTIFF TO FILE AMENDED OPPOSITION WITHIN THIRTY DAYS |
| v. | |
| J. A. YATES, et al., | (Doc. 82) |
| Defendants. | |
| _____/ | |

Plaintiff Jimmy McDonald, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 24, 2009. On July 6, 2012, Defendants filed a motion for summary judgment, and on July 11, 2012, Plaintiff filed his opposition.

On July 9, 2012, the Court issued an order notifying Plaintiff of the requirements for opposing a motion for summary judgment, following the Ninth Circuit's decision in Woods v. Carey, Nos. 09-15548, 09-16113, 2012 WL 2626912 (9th Cir. Jul. 6, 2012). (Doc. 79.) Plaintiff filed his opposition without the benefit of that requisite "fair notice." Woods, 2012 WL 2626912, at *5.

Accordingly, Plaintiff's opposition filed on July 11, 2012, is HEREBY STRICKEN from the record and Plaintiff has **thirty (30) days** from the date of service of this order within which to file an amended opposition.

IT IS SO ORDERED.

**Dated:   July 13, 2012**          _____/s/ Sheila K. Oberto_____
                                    UNITED STATES MAGISTRATE JUDGE