1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   JIMMY MCDONALD,                          CASE NO. 1:09-cv-00730-LJO-SKO PC

10                    Plaintiff,             ORDER DENYING MOTION AS MOOT

11        v.                                 (Doc. 85)

12   J. A. YATES, et al.,

13                    Defendants.
                                        /
14

15        Plaintiff Jimmy McDonald is a state prisoner proceeding pro se and in forma pauperis in this

16   civil rights action pursuant to 42 U.S.C. § 1983.  On July 18, 2012, in response to the summary

17   judgment notice issued by the Court on July 9, 2012, Plaintiff filed a motion seeking to withdraw

18   his previously-filed opposition to Defendants' motion for summary judgment and for a twenty-one

19   day extension of time to file an amended opposition.

20        In as much as the Court issued an order striking Plaintiff's opposition and granting Plaintiff

21   a thirty day extension of time to file an amended opposition on July 13, 2012, Plaintiff's motion is

22   HEREBY DENIED as moot.

23

24   IT IS SO ORDERED.

25   **Dated:    July 20, 2012**              _____ **/s/ Sheila K. Oberto** _____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28

1