# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD, | CASE NO. 1:09-cv-00730-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 85) |
| J. A. YATES, et al., | |
| Defendants. | |

Plaintiff Jimmy McDonald is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 18, 2012, in response to the summary judgment notice issued by the Court on July 9, 2012, Plaintiff filed a motion seeking to withdraw his previously-filed opposition to Defendants' motion for summary judgment and for a twenty-one day extension of time to file an amended opposition.

In as much as the Court issued an order striking Plaintiff's opposition and granting Plaintiff a thirty day extension of time to file an amended opposition on July 13, 2012, Plaintiff's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   July 20, 2012**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

1