# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. A. YATES, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:09-cv-00730-LJO-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF, WITH PREJUDICE<br><br>(Docs. 62, 66, 67, and 81) |

Plaintiff Jimmy McDonald is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 11, 2012, the Magistrate Judge issued a findings and recommendations recommending denial of Plaintiff's motions seeking preliminary injunctive relief. The thirty-day deadline to file an objection has expired, and neither Plaintiff nor Defendants filed an objection or otherwise responded to the findings and recommendations.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on July 11, 2012, in full; and

2. Plaintiff's motions for preliminary injunctive relief, filed on May 23, 2012, June 18, 2012, and June 19, 2012, are DENIED, with prejudice, for lack of jurisdiction.

IT IS SO ORDERED.

**Dated:　September 11, 2012**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1