# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD, | CASE NO. 1:09-cv-00730-LJO-SKO PC |
| Plaintiff, | ORDER DISREGARDING NON-RESPONSIVE OBJECTION |
| v. | (Doc. 108) |
| J. A. YATES, et al., | |
| Defendants. | |

On January 25, 2013, Plaintiff Jimmy McDonald, a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed an objection to the findings and recommendations filed on December 13, 2012.

Plaintiff's objection is entirely non-responsive to the findings and recommendations and is HEREBY ORDERED DISREGARDED.

IT IS SO ORDERED.

Dated:  January 28, 2013          /s/  Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1