# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD, | CASE NO. 1:09-cv-00730-LJO-SKO PC |
|         Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JIMMY MCDONALD, CDCR #D-85597** |
|   v. | |
| J. A. YATES, et al., | DATE:      JUNE 12, 2013 |
| | TIME:      10:00 A.M. |
|         Defendants. | COURTROOM:  9 (SAB) |

Inmate **Jimmy McDonald**, **CDCR# D-85597**, a necessary and material witness in proceedings in this case on June 12, 2013, is confined at High Desert State Prison, 475-750 Rice Canyon Road, P. O. Box 750, Susanville, California, 96127, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #9, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on June 12, 2013, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To the Warden of High Desert State Prison**:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:    May 2, 2013                    /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE