# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD,<br><br>        Plaintiff,<br><br>    v.<br><br>J. A. YATES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00730-SKO PC<br><br>ORDER VACATING TRIAL CONFIRMATION HEARING AND TRIAL DATES BEFORE JUDGE O'NEILL AND SETTING TELEPHONIC TRIAL SETTING CONFERENCE<br><br>Date:     05/22/2013<br>Time:    10:00 a.m.<br>Courtroom: 7 (SKO) |

Following consent to Magistrate Judge jurisdiction, this matter was reassigned to the undersigned on May 7, 2013, and the Court HEREBY ORDERS as follows:

1. The telephonic trial confirmation hearing and jury trial dates set before United States District Judge Lawrence J. O'Neill by order filed April 30, 2013, are vacated;

2. This matter is set for a telephonic trial setting conference on May 22, 2013, at 10:00 a.m. in Courtroom 7 before the undersigned; and

3. Defendants' counsel set up the conference call, arrange for Plaintiff's participation, and initiate the call to (559) 499-5790.

IT IS SO ORDERED.

**Dated:   May 8, 2013**              /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE