# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. A. YATES, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-00730-LJO-SKO PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR AT SETTLEMENT CONFERENCE BY VIDEOCONFERENCE<br><br>(Doc. 130)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING WARDEN OF HDSP TO TRANSPORT PLAINTIFF FOR COURT APPEARANCE ON JUNE 12, 2013<br><br>(Doc. 123) |

　　　　Plaintiff Jimmy McDonald, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 24, 2009.  This action for damages is proceeding against Defendants Cano, Clark, Rodriguez, and Roberts for acting with deliberate indifference to a substantial risk of harm to Plaintiff's health and/or safety, in violation of the Eighth Amendment of the United States Constitution.

　　　　On May 3, 2013, the Court issued a writ of habeas corpus ad testificandum directing the Warden of High Desert State Prison to transport Plaintiff to the United States Courthouse in Fresno, California on June 12, 2013, for a settlement conference.  On May 20, 2013, Plaintiff filed a motion seeking leave to appear for the settlement conference by videoconference.

　　　　In light of the concerns expressed by Plaintiff regarding his medical condition and the distance between High Desert State Prison and the courthouse, the Court finds it appropriate to permit Plaintiff to appear for the settlement conference by videoconference.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to appear for the settlement conference by videoconference is GRANTED; and
2. The writ of habeas corpus ad testificandum directing the Warden of High Desert State Prison to transport Plaintiff to the United States Courthouse in Fresno, California on June 12, 2013, is VACATED.

IT IS SO ORDERED.

Dated:   May 22, 2013                              /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE