1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

JIMMY MCDONALD,

            Plaintiff,

  v.

J. A. YATES, et al.,

           Defendants.

_____/

CASE NO. 1:09-cv-00730-SKO PC

ORDER SETTING TELEPHONIC TRIAL
CONFIRMATION HEARING AND JURY
TRIAL DATES

Trial Confirmation
Hearing:     July 31, 2013, at 3:00 p.m. in Courtroom 7 (SKO)

Jury Trial:    September 17, 2013, at 8:30 a.m. in Courtroom 7 (SKO)

9
10
11
12
13
14

    This matter came before the Court on May 22, 2013, at 10:00 a.m. for a telephonic trial setting hearing, and the Court HEREBY ORDERS as follows:

    1.    The telephonic trial confirmation hearing is set for July 31, 2013, at 3:00 p.m. in Courtroom 7; and

    2.    Jury trial is set for September 17, 2013, at 8:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

**Dated:  May 22, 2013**           /s/ Sheila K. Oberto
                           UNITED STATES MAGISTRATE JUDGE

1