1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7
8

JIMMY MCDONALD,                              CASE NO. 1:09-cv-00730-SKO PC

                        Plaintiff,           ORDER SETTING TELEPHONIC TRIAL
9                                            CONFIRMATION HEARING AND JURY
        v.                                   TRIAL DATES
10

J. A. YATES, et al.,                         Trial Confirmation
11                                           Hearing:        July 31, 2013, at 3:00 p.m. in Courtroom
                        Defendants.                          7 (SKO)
12
                                             Jury Trial:     September 17, 2013, at 8:30 a.m. in
13                                                           Courtroom 7 (SKO)

14  _____/

15          This matter came before the Court on May 22, 2013, at 10:00 a.m. for a telephonic trial

16  setting hearing, and the Court HEREBY ORDERS as follows:

17          1.      The telephonic trial confirmation hearing is set for July 31, 2013, at 3:00 p.m. in

18                  Courtroom 7; and

19          2.      Jury trial is set for September 17, 2013, at 8:30 a.m. in Courtroom 7.

20

21  IT IS SO ORDERED.

22  **Dated:     May 22, 2013**                         /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28