# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J. A. YATES, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00730-SKO PC<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE JIMMY MCDONALD, CDCR #D-85597, VIA VIDEOCONFERENCE FROM HDSP, FOR A COURT APPEARANCE,**<br><br>DATE:　　JUNE 12, 2013<br>TIME:　　11:00 A.M.<br>COURTROOM:　9 (SAB) |

　　　　Inmate **Jimmy McDonald**, **CDCR# D-85597**, a necessary and material witness in proceedings in this case on June 12, 2013, is confined at High Desert State Prison, 475-750 Rice Canyon Road, P. O. Box 750, Susanville, California, 96127, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, **via videoconference from High Desert State Prison**, for a court appearance in Courtroom #9, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on June 12, 2013, at 11:00 a.m.  **The videoconference call shall be initiated to the Chambers of United States Magistrate Judge Stanley A. Boone at (559) 499-5200.**

　　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **via videoconference from High Desert State Prison**, for a court appearance in United States District Court at the time and place above;

　　　　2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To the Warden of High Desert State Prison**:

　　　　**WE COMMAND** you to produce the inmate named above, **via videoconference from High Desert State Prison**, for a court appearance before the United States District Court at the time and place above.

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:    May 23, 2013　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE