# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD, | Case No. 1:09-cv-00730-SKO PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CHANGE CASE TITLE FROM MDCONALD V. YATES, ET AL. TO MCDONALD V. CANO, ET AL. |
| v. | |
| CANO, CLARK, RODRIGUEZ, and ROBERTS, | (Doc. 146) |
| Defendants. | |

Plaintiff Jimmy McDonald, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 24, 2009. This action for damages is proceeding against Defendants Cano, Clark, Rodriguez, and Roberts for violating Plaintiff's federal constitutional rights.

Pursuant to the Pretrial Order filed on August 1, 2013, the Clerk of the Court is HEREBY DIRECTED to amend the title of this case from *McDonald v. Yates, et al.* to *McDonald v. Cano, et al.* (Doc. 146, 11:14-15.)

IT IS SO ORDERED.

Dated:   **August 15, 2013**              /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2