# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD, | Case No. 1:09-cv-00730-SKO PC |
| Plaintiff, | ORDER REQUESTING THAT LITIGATION COORDINATOR AT HIGH DESERT STATE PRISON ADDRESS PLAINTIFF'S CONCERN REGARDING HIS ABILITY TO BE TRANSPORTED IN LIGHT OF HIS MEDICAL CONDITION |
| v. | |
| CANO, CLARK, RODRIGUEZ, and ROBERTS, | |
| Defendants. | |

Plaintiff Jimmy McDonald, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 24, 2009. This action for damages is proceeding against Defendants Cano, Clark, Rodriguez, and Roberts for acting with deliberate indifference to a substantial risk of harm to Plaintiff's health and/or safety, in violation of the Eighth Amendment of the United States Constitution.

This matter is set for jury trial on September 17, 2013, and the Court has issued a writ directing the transportation of Plaintiff for trial. During the trial confirmation hearing held on August 19, 2013, Plaintiff expressed concern regarding his ability to be transported for trial due to his medical condition. Specifically, Plaintiff is concerned that a long bus trip may adversely affect his condition, particularly his injured neck, and he represented that while he raised the issue with his doctor, no action has been taken.

///

As explained to Plaintiff during the hearing, the Court does not have jurisdiction to issue any orders dictating how the California Department of Corrections and Rehabilitation carries out the order to transport Plaintiff for trial. *See e.g., Overton v. Bazzetta*, 539 U.S. 126, 132, 123 S.Ct. 2162 (2003) (prison officials entitled to substantial deference); *Sandin v. Conner*, 515 U.S. 472, 482-83, 115 S.Ct. 2293 (1995) (disapproving the involvement of federal courts in the day-to-day-management of prisons); *Zepeda v. United States Immigration Service*, 753 F.2d 719, 727 (9th Cir. 1985) ("A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court.").

However, based on Plaintiff's concerns, the Court requests, as a courtesy and a precaution, that the Litigation Coordinator at High Desert State Prison ensure that Plaintiff is able to be transported for trial by bus and/or ensure that any necessary accommodations in terms of number of days of travel, etc. are undertaken.

The Court appreciates the voluntary cooperation of the Litigation Coordinator in this matter.

IT IS SO ORDERED.

Dated:   **August 20, 2013**                    /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE

2