# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD,<br><br>          Plaintiff,<br><br>     v.<br><br>CANO, CLARK, RODRIGUEZ,<br>and ROBERTS,<br><br>          Defendants.<br>_____/ | Case No.  1:09-cv-00730-SKO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING ASSISTANCE OF INMATE GRESCHNER<br><br>(Doc. 174) |

     Plaintiff Jimmy McDonald, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 24, 2009.  This matter is set for jury trial on September 17, 2013.  On September 9, 2013, Plaintiff filed a motion for reconsideration of the order denying his request for the assistance of inmate John Greschner, which was filed on August 28, 2013.

     Plaintiff expresses concern that his motion misled the Court to believe he sought to have inmate Greschner speak for him at trial.  The Court understood the basis for Plaintiff's motion.  Whether inmate Greschner speaks at trial on Plaintiff's behalf or merely sits next to him to advise him, the ruling remains the same.  Plaintiff may not seek to have another inmate transported for trial to assist him.  *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997) (citing *C. E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987)).

///

Therefore, Plaintiff's motion for reconsideration is DENIED.  Fed. R. Civ. P. 60(b); Local Rule 230(j); *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009).

IT IS SO ORDERED.

Dated:   **September 12, 2013**                              **/s/ Sheila K. Oberto**
                                                                                      UNITED STATES MAGISTRATE JUDGE

2