# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CANO, CLARK, RODRIGUEZ, and ROBERTS,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:09-cv-00730-SKO PC<br><br>ORDER STRIKING DEFENDANTS' LIST OF EVIDENTIARY OBJECTIONS<br><br>(Doc. 172) |

　　　　This matter is set for jury trial on September 17, 2013.  On September 6, 2013, Defendants filed a list of objections to Plaintiff's trial exhibits as identified in the Amended Pretrial Order.

　　　　The deadline for filing motions in limine was August 19, 2013, and Defendants filed a motion in limine seeking to exclude five categories of evidence, which will be addressed on the morning of trial. (Doc. 163, Amended Pretrial Order.)  In the alternative to motions in limine, the parties may object to evidence at trial as it is introduced or as it otherwise becomes at issue.  (*Id.*)  The Court did not provide for the filing of evidentiary objections outside of the motions in limine deadline and in the absence of the appropriate context at trial.

///
///
///
///

1  Accordingly, Defendants' list of evidentiary objections is HEREBY ORDERED
2  STRICKEN from the record.

IT IS SO ORDERED.

Dated:  **September 12, 2013**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE