**FILED**

SEP 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD, | Case No. 1:09-cv-00730 SKO PC |
| Plaintiff, | NOTICE AND ORDER THAT CHARLES K. RICKARD, #H-46257, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| CANO, CLARK, RODRIGUEZ, and ROBERTS, | |
| Defendants. | (Doc. 156) |

Jury trial in this matter commenced on September 17, 2013. Inmate **Charles K. Rickard, CDCR #H-46257**, has testified and he is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: September 17, 2013

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE