**FILED**

SEP. 1 7. 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JIMMY MCDONALD,

    Plaintiff,

    v.

CANO, CLARK, RODRIGUEZ, and ROBERTS,

    Defendants.

                    /

Case No.  1:09-cv00730-SKO PC

NOTICE AND ORDER THAT CHANCE T. HARDEN, #H-30661, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED

(Doc. 158)

Jury trial in this matter commenced on September 17, 2013. Inmate **Chance T. Harden, CDCR #H-30661**, has testified and he is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: _September 17, 2013_

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE