**FILED**

SEP 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD, | Case No. 1:09-cv-00730-SKO PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON SEPTEMBER 18, 2013, AT 8:00 A.M. |
| v. | |
| CANO, CLARK, RODRIGUEZ, and ROBERTS, | |
| Defendants. | |

Plaintiff **Jimmy McDonald, CDCR #D-85597,** shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, September 18, 2013.

It is so ORDERED.

DATED: September 17, 2013

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE