
Case 1:09-cv-00730-SKO   Document 189   Filed 09/18/13   Page 1 of 1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MCDONALD, | Case No. 1:09-cv-00730-SKO PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF JIMMY MCDONALD, CDCR #D-85597, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| CANO, CLARK, RODRIGUEZ, and ROBERTS, | |
| Defendants. | (Doc. 155) |

Jury trial in this case commenced on September 17, 2013. On September 18, 2013, the jury returned its verdict and judgment was entered.

Accordingly, **Jimmy McDonald, CDCR #D-85597**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: September 18, 2013

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE