**FILED**

**JUDGMENT ENTERED**

_____
                    Date
by _____A. Timken_____
                                    **Deputy Clerk**

**U.S. District Court**
**Eastern District of California**

__XX___   FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

JIMMY MCDONALD,

    Plaintiff,

vs.

CLARK, et al.,

    Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:09-CV-00730 SKO

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS CLARK, CANO, ROBERTS AND RODRIGUES IN ACCORDANCE WITH THE JURY VERDICT RENDERED 9/18/2013.

DATED: 9/19/2013

                    MARIANNE MATHERLY, Clerk

                    /S/ Alice Timken
         By:
                    Deputy Clerk

jgm.civ
2/1/95